UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Shannon Hunt et al., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  - against -<br><br>The Kroger Co.,<br><br>    Defendant | 1:22-cv-04744<br><br>Hon. Matthew F. Kennelly<br><br>Declaration of Shannon Hunt |

Pursuant to 28 U.S.C.§ 1746, I declare:

1. I am the Plaintiff in this action.

2. I have reviewed Defendant's Memorandum in Opposition to Plaintiffs' Motion for Class Certification. ECF No. 66.

3. Defendant has described my deposition testimony as untruthful, because I stated my criminal "cases was all originally from 2009."

4. It has cited my 2012 convictions for controlled substances and firearm possession as evidence of this fact.

5. The 2012 convictions, after I was released from prison, were based on the same facts and events which caused me to be convicted in 2009.

6. Further, while I described the "nature of those cases" as "possession of a controlled substance," I was not thinking about the subsequent 2012 conviction which included a firearm offense.

7. That I did not further specify this was not intentional, but because I knew the main charges, which got me in trouble with the law, were based on drugs.

8. Further, this was a time in my life – fifteen years ago – that I have worked hard to put behind me and have tried to forget.

9. I have not been in trouble with the law since the events of 2009.

10. I am aware that as one with a criminal record, such events are a public record.

11. This was disclosed in the context of my current employment, and to anyone else who seeks to find out information about me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/20/2024 08:04 PM

*Shannon Hunt* (signature)
Shannon Hunt

2