## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Tiffany Agee, et al.

Plaintiff,

v.

The Kroger Co.

Defendant.

Case No.: 1:22−cv−04744

Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 3, 2024:

MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 12/3/2024. Plaintiffs' motion to dismiss for lack of jurisdiction [82] is granted without objection by the defendant. The case is dismissed without prejudice for lack of subject matter jurisdiction. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.